IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| --- | --- |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

>   Diversity
>
>   Federal Question
>
>   The "Mass Action" provisions of the Class Action Fairness Act
>
>   ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)
>
>   Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/04/2025

Respectfully Submitted,

The ClaimBridge PLLC

/s/: _____remur_____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation , MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Zamora, Margita C. OBO Zamora, Javier J. | 04/06/1988 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer, Liver Cancer, Thyroid Cancer | Counts I-XI |
| 2. | Williams, Travis A. | 11/24/1960 | OK | Eastern District of Oklahoma | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 3. | Williams, Mary T. | | VA | Eastern District of Virginia | | | | | Count XI |
| 4. | Williams, Joseph | 01/14/1961 | CA | Central District of California | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 5. | Willet, Daniel Robert | 03/06/1981 | MI | Western District of Michigan | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 6. | Wilkerson, Dorian C | 03/05/1980 | FL | Southern District of Florida | Yes | Yes | No | Liver Cancer | Counts I-XI |
| 7. | Wietrzykowski, Scott J. | 02/12/1996 | IL | Northern District of Illinois | Yes | Yes | No | Ulcerative Colitis, High Cholesterol, Liver Cancer | Counts I-XI |
| 8. | Wichowski, Lauren P. | 12/05/1964 | OH | Northern District of Ohio | Yes | Yes | No | Thyroid Disease | Counts I-XI |
| 9. | Wichowski, Raymond | | OH | Northern District of Ohio | | | | | Count XI |
| 10. | White, Robin L. | 05/26/1962 | IL | Southern District of Illinois | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 11. | Watson, Michael L. | 12/25/1952 | MS | Southern District of Mississippi | Yes | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 12. | Volino, Stephen C. | 12/03/1968 | NY | Eastern District of New York | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 13. | Volino, Lorretta T. | | NY | Eastern District of New York | | | | | Count XI |
| 14. | Vitiello, Joann | 12/28/1962 | CT | District of Connecticut | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Vitiello, Philip | | CT | District of Connecticut | | | | | Count XI |
| 16. | Villanueva, Raymundo | 02/27/1962 | AZ | District of Arizona | Yes | Yes | No | Liver Cancer | Counts I-XI |
| 17. | Villanueva, Lucia A. | | AZ | District of Arizona | | | | | Count XI |
| 18. | Vidler, Robert C. | 08/28/1957 | TX | Eastern District of Texas | Yes | Yes | No | Liver Cancer | Counts I-XI |
| 19. | Vazquez, Gary C. | 07/23/1967 | NY | Southern District of New York | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 20. | Underwood, Stephen A. | 10/14/1981 | PA | Western District of Pennsylvania | Yes | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 21. | Timbrook, Charles E | 03/03/1966 | WV | Northern District of West Virginia | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Timbrook, Patricia | | WV | Northern District of West Virginia | | | | | Count XI |
| 23. | Thyroin, William | 01/01/1962 | WI | Eastern District of Wisconsin | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 24. | Tindell, Cecilia C. | 07/14/1945 | TX | Eastern District of Texas | No | No | Yes | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 25. | Teply, Darrin B. OBO Martell-Teply, Sue A. | 06/15/1969 | UT | District of Utah | Yes | Yes | No | Liver Cancer | Counts I-XI |
| 26. | Taylor, Dave L. | 04/24/1968 | FL | Southern District of Florida | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 27. | Summers, Arthur L. | 12/14/1940 | NC | Western District of North Carolina | Yes | Yes | No | Testicular Cancer, High Cholesterol, Thyroid Disease | Counts I-XI |
| 28. | Summers, Janice J. | | NC | Western District of North Carolina | | | | | Count XI |
| 29. | Stewart, Felicia | 07/03/1976 | MI | Eastern District of Michigan | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 30. | Stevenson, Myra L. | 08/27/1977 | LA | Western District of Louisiana | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 31. | Spaulding, Michelle A. | 01/02/1972 | FL | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 32. | Smith, Lee T. | 01/16/1957 | AL | Northern District of Alabama | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 33. | Sims, John W. | 06/30/1962 | LA | Middle District of Louisiana | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 34. | Shillinger, Mark C. | 10/02/1959 | MO | Western District of Missouri | Yes | Yes | No | Thyroid Cancer | Counts I-XI |
| 35. | Shillinger, Patty | | MO | Western District of Missouri | | | | | Count XI |
| 36. | Sheffield, Ann S. | 12/26/1955 | FL | Southern District of Florida | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 37. | Sheffield, Shakur | | FL | Southern District of Florida | | | | | Count XI |
| 38. | Serna, Vincent E. | 03/26/1939 | AZ | District of Arizona | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 39. | Serna, Jeanne M. | | AZ | District of Arizona | | | | | Count XI |
| 40. | Scott, Rhonda L. OBO Jones Jr., Dave L. | 03/14/1960 | TX | Southern District of Texas | Yes | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 41. | Sanner, Gregory A. | 03/13/1961 | VA | Eastern District of Virginia | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 42. | Rosenbalm, Katherine M. | 07/31/1976 | SC | District of South Carolina | Yes | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 43. | Rosa, Gene M. | 01/07/1961 | NH | District of New Hampshire | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 44. | Roof, Charmaine | 07/31/1957 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 45. | Rodriguez III, Robert E. | 02/18/1966 | AZ | District of Arizona | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 46. | Rodriguez, Ana M. | | AZ | District of Arizona | | | | | Count XI |
| 47. | Robles, Humberto E. | 03/22/1955 | CA | Central District of California | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 48. | Robles, Mafalda R. | | CA | Central District of California | | | | | Count XI |
| 49. | Reese, John D. | 10/17/1965 | TX | Eastern District of Texas | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 50. | Rayner, George W. | 11/02/1946 | MS | Southern District of Mississippi | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Rayner, Judy Kakuschke | | MS | Southern District of Mississippi | | | | | Count XI |
| 52. | Raymer, Joseph P. | 11/01/1979 | FL | Southern District of Florida | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 53. | Raymer, Brandy | | FL | Southern District of Florida | | | | | Count XI |
| 54. | Ransom, Jonathan W. | 12/18/1984 | TN | Middle District of Tennessee | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 55. | Ragaglia, Danny K. | 04/30/1987 | TX | Northern District of Texas | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 56. | Ragaglia, Mona Lisa | | TX | Northern District of Texas | | | | | Count XI |
| 57. | Purnell, Joseph | 02/18/1961 | WI | Western District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 58. | Price, Michael J. | 09/04/1974 | AL | Southern District of Alabama | Yes | Yes | No | Testicular Cancer | Counts I-XI |

| # | Name | DOB | State | District | Y | Y | N | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Price, Daphne | | AL | Southern District of Alabama | | | | | Count XI |
| 60. | Prane, Matthew D. | 06/08/1983 | NC | Eastern District of North Carolina | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 61. | Phillips, Edward E. | 05/03/1945 | NC | Western District of North Carolina | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 62. | Phillips, Amber | 03/13/1990 | UT | District of Utah | Yes | Yes | No | Thyroid Disease | Counts I-XI |
| 63. | Wallace, Robert | | UT | District of Utah | | | | | Count XI |
| 64. | Paquette, Suzanne M. | 07/10/1970 | CA | Central District of California | Yes | Yes | No | Thyroid Cancer | Counts I-XI |
| 65. | Olvera, Jose F. | 01/26/1955 | CA | Central District of California | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 66. | O'Donnell, Brandon P. | 09/25/1997 | OH | Northern District of Ohio | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 67. | Munoz, Mario E. | 10/23/1961 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Rodriguez, Lury L. | | CA | Southern District of California | | | | | Count XI |
| 69. | Muhammad, Angela N. OBO Jones, Felix | 10/12/1945 | TX | Northern District of Texas | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 70. | Mora, Steven G. | 10/23/1968 | CA | Central District of California | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 71. | Moore, Carol C. | 06/09/1964 | MS | Southern District of Mississippi | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 72. | Mize, Clyde Martin | 03/05/1954 | TN | Eastern District of Tennessee | Yes | Yes | No | Thyroid Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 73. | Mize, Elizabeth | | TN | Eastern District of Tennessee | | | | | Count XI |
| 74. | Miles, Rhonda L. | 10/06/1957 | WV | Southern District of West Virginia | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 75. | Michaels, Sheila J. | 05/31/1948 | NY | Western District of New York | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 76. | Merrick, Wanda L. | 08/31/1961 | IL | Southern District of Illinois | Yes | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 77. | McDonald, Michael W. | 10/05/1953 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 78. | Luther, Wanda L | 09/08/1948 | MS | Northern District of Mississippi | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 79. | Lopez, Veronica F. | 05/06/1970 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 80. | Lewis, Sheila | 12/04/1958 | OH | Northern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 81. | Kemp, Earnisteen | 03/03/1953 | CA | Eastern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 82. | Johnson, Bryan Kurt | 02/11/1967 | CO | District of Colorado | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 83. | Johnson, Debbie | | CO | District of Colorado | | | | | Count XI |
| 84. | Jenkins, Sherin A. | 02/22/1959 | NJ | District of New Jersey | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 85. | Janicke, Sharon L. | 01/02/1961 | CT | District of Connecticut | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 86. | Gordon, Ozella M. | 02/17/1957 | TX | Eastern District of Texas | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 87. | Goforth, Ritchie | 01/24/1967 | CA | Eastern District of California | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 88. | Fitzpatrick, Diana | 09/17/1958 | TX | Western District of Texas | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 89. | Fitzpatrick, Michael | | TX | Western District of Texas | | | | | Count XI |
| 90. | Espinoza, Maria Guadalupe | 11/01/1964 | TX | Northern District of Texas | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 91. | Dragan-Bowen, Debra | 04/16/1954 | MO | Eastern District of Missouri | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 92. | Dewitt, Gary W. | 09/16/1960 | NC | Middle District of North Carolina | Yes | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 93. | Dewitt, Melissa G. | | NC | Middle District of North Carolina | | | | | Count XI |
| 94. | Delyons, Shirley L. | 03/06/1955 | FL | Southern District of Florida | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 95. | Del Carmen Gonzalez, Maria | 09/10/1956 | TX | Southern District of Texas | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 96. | Damian, Bonaficio E. | 2/12/1964 | TX | Western District of Texas | Yes | Yes | No | Kidney Cancer, Testicular Cancer, Ulcerative Colitis, High Cholesterol, Liver Cancer, Thyroid Cancer | Counts I-XI |
| 97. | Cousins, Robert L. | 02/20/1951 | AK | District of Alaska | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 98. | Cousins, Judy Ann | | AK | District of Alaska | | | | | Count XI |
| 99. | Cope, Billy C. | 08/27/1974 | CA | Central District of California | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 100. | Clarkson, Georgette | 10/14/1969 | CA | Central District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 101. | Ciochetty, David A. | 03/13/1959 | KY | Western District of Kentucky | Yes | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 102. | Ciochetty, Robin | | KY | Western District of Kentucky | | | | | Count XI |
| 103. | Cartagena, Gilbert | 09/09/1965 | FL | Middle District of Florida | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Carr, Michael Lee | 06/26/1963 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 105. | Carr, Michael L. | 06/26/1963 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 106. | Carmona, Jolene R. | 10/29/1970 | SC | District of South Carolina | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 107. | Camara, Lindsay S. OBO Camara, Donald | 03/09/1970 | FL | Middle District of Florida | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 108. | Byrnes-Warfsman, Rosa | 07/26/1962 | NJ | District of New Jersey | Yes | Yes | No | High Cholesterol | Counts I-XI |
| 109. | Burnette-Flachbart, Emily S. | 03/16/1997 | TN | Eastern District of Tennessee | Yes | Yes | No | Thyroid Cancer | Counts I-XI |
| 110. | Burke, Vanessa Y. | 06/05/1968 | TX | Southern District of Texas | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 111. | Burke, Johnny | | TX | Southern District of Texas | | | | | Count XI |
| 112. | Brown-Ware, Annette | 06/26/1965 | MS | Northern District of Mississippi | Yes | Yes | No | Kidney Cancer, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 113. | Brower, Travis S. | 11/03/1969 | UT | District of Utah | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 114. | Brower, Tami | | UT | District of Utah | | | | | Count XI |
| 115. | Brooks, Dorothy Lynn | 05/31/1956 | OH | Northern District of Ohio | Yes | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 116. | Brooks, Alton | 09/15/1961 | FL | Middle District of Florida | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 117. | Brinkley Jr., Charles Edward | 02/21/1948 | CA | Northern District of California | Yes | Yes | No | Kidney Cancer, High Cholesterol, Colon Cancer | Counts I-XI |
| 118. | Brinkley, Billie Joyce | | CA | Northern District of California | | | | | Count XI |
| 119. | Bright, Sandra | 08/21/1947 | FL | Northern District of Florida | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 120. | Bright, Keith | | FL | Northern District of Florida | | | | | Count XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 121. | Bradd, Thomas J. | 12/28/1961 | NY | Western District of New York | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Bradd, Shannon | | NY | Western District of New York | | | | | Count XI |
| 123. | Boubede, Jimmie L. | 10/23/1956 | SC | District of South Carolina | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 124. | Borg, Vera L. | 08/12/1974 | TX | Western District of Texas | Yes | Yes | No | Thyroid Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 125. | Bonner, Johnny | 06/29/1966 | AL | Middle District of Alabama | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 126. | Bines, Brenda Liouse | 01/15/1967 | MI | Eastern District of Michigan | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 127. | Bines, Wayne | | MI | Eastern District of Michigan | | | | | Count XI |
| 128. | Bigart, Jason C. | 07/02/1976 | NC | Middle District of North Carolina | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 129. | Bigart, Kathryn Marie | | NC | Middle District of North Carolina | | | | | Count XI |
| 130. | Berrios Torres, Wanda R. | 10/21/1984 | FL | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 131. | Torres, Aaron | | FL | Middle District of Florida | | | | | Count XI |
| 132. | Bernotsky, Jonathan | 09/17/1988 | PA | Middle District of Pennsylvania | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 133. | Bernotski, Ali | | PA | Middle District of Pennsylvania | | | | | Count XI |
| 134. | Bennett, William H. III | 09/03/1951 | AR | Western District of Arkansas | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 135. | Belton, Phyllis A. | 02/06/1945 | KY | Western District of Kentucky | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 136. | Bass, Savannah N. | 02/03/1987 | TX | Western District of Texas | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 137. | Bass, Troy W. | | TX | Western District of Texas | | | | | Count XI |
| 138. | Barnett, Connie OBO Barnett, Gary Warren | 04/18/1960 | IL | Northern District of Illinois | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 139. | Ayala, Alberto Aguirre OBO Nichols, Matthew Bernard | 01/23/1962 | CA | Central District of California | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 140. | Ayala, Alberto Aguirre | | CA | Central District of California | | | | | Count XI |
| 141. | August, Rosalyn | 09/19/1945 | FL | Southern District of Florida | Yes | Yes | No | High Cholesterol, Thyroid Cancer | Counts I-XI |
| 142. | Armstrong Jr., Marshall J. | 02/10/1950 | TX | Eastern District of Texas | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 143. | Aslanian, Telo | | CA | Central District of California | | | | | Count XI |
| 144. | Arend Sr., Ronald G. | 04/23/1945 | IN | Northern District of Indiana | Yes | Yes | No | Kidney Cancer, Prostate Cancer, Liver Cancer | Counts I-XI |
| 145. | Arend, Katherine | | IN | Northern District of Indiana | | | | | Count XI |
| 146. | Andrae, Jenna J. | 12/27/1977 | TX | Northern District of Texas | Yes | Yes | No | Ulcerative Colitis, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 147. | Ahern, Deborah K. | 09/18/1960 | CA | Central District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 148. | Aghabegi, Seroj | 07/25/1947 | CA | Central District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 149. | Adam, Jack | 10/05/1948 | IA | Southern District of Iowa | Yes | Yes | No | Kidney Cancer, Bladder Cancer | Counts I-XI |
| 150. | Minitrez, Lawrence | 07/04/1964 | NM | District of New Mexico | Yes | Yes | No | Kidney Cancer | Counts I-XI |